**SHAME ON YOU PRODUCTIONS, INC., Plaintiff-Appellant,**

v.

**Elizabeth BANKS; et al., Defendants-Appellees.**

**No. 15-56372**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 6, 2017 Pasadena, California

Filed May 3, 2017

Charles M. Coate, Attorney, Abrams Coate LLP, Los Angeles, CA, for Plaintiff-Appellant

Stephen R. Mick, Esquire, Counsel, Devin J. Stone, Barnes & Thornburg LLP, Los Angeles, CA, for Defendants-Appellees

Before: PLAGER,* CLIFTON, and OWENS, Circuit Judges.

### MEMORANDUM **

Shame on You Productions, Inc. ("SOYP") appeals the district court's order and judgment dismissing SOYP's federal copyright infringement claim and California state law implied-in-fact contract claim. On the basis of the thorough and well-reasoned order of the district court, we affirm.

**AFFIRMED.**

---

* The Honorable S. Jay Plager, United States Circuit Judge for the U.S. Court of Appeals for the Federal Circuit, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.